PASQUALE FAVOLE, Appellant, v. DOMENICO GALLO and RAFFAELA GALLO, His Wife, Respondents.— Order denying motion for examination of witnesses before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs; the examination to proceed at a time and place to be fixed in the order to be entered hereon. Under the circumstances disclosed, the plaintiff's claim with respect to the release is akin to avoidance (*Farrington* v. *Harlem Savings Bank*, 280 N. Y. 1; *Gilbert* v. *Rothschild*, 280 id. 66), and an examination of witnesses, presumably hostile, will be directed. (*LaBonte* v. *Long Island R. R. Co.*, 242 App. Div. 844; *Gramaton Nat. Bank & Trust Co. of Bronxville* v. *Sagamore Apts., Inc.*, 241 id. 840.) Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur. Settle order on notice.

BENJAMIN FRADKIN, Individually and as Guardian ad Litem for REUBEN FRADKIN, an Infant, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— In an action to recover upon a life insurance policy, order denying defendant's motion, made pursuant to Civil Practice Rule 106, to dismiss the third amended complaint upon the ground that it fails to state facts sufficient to constitute a cause of action or, in the alternative, pursuant to Civil Practice Rule 103, to strike therefrom the allegations of paragraph " Tenth " thereof, affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

MABEL S. FREEMAN, as Administratrix with the Will Annexed, etc., of ELBRIDGE H. WHITE, Deceased, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Action to recover on two life insurance policies. Order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment dismissing the complaint, and the judgment entered pursuant to such order, unanimously affirmed, with ten dollars costs and disbursements. (*McDonnell* v. *Mutual Life Ins. Co.*, 131 App. Div. 643.) Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HERBERT C. HAUTH, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, and THEODORE M. RIEHLE, as Executor, etc., of JOHN M. RIEHLE, Deceased, Appellants.— Appeal by defendants in an action for commissions on life insurance from a judgment entered upon a decision of the court, after a trial before the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.